UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
           :
GRACIELA DONCOUSE,            :
           :
         Plaintiff,            :
           :    23-cv-04038 (LJL)
    -v-            :
           :        ORDER
ALL THAT SHE WANTS, LLC D/B/A            :
WESTERLIND ET AL,            :
         Defendants.            :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court shall hold a case management conference on February 22, 2024, at 10:30AM. Parties are to appear in-person in Courtroom 15C at the 500 Pearl Street Courthouse. Parties are directed to jointly submit, by one week prior to the conference, an amended Case Management Plan and Scheduling Order consistent with the Court's individual practices. Parties are to be referred to the SDNY Mediation Program through separate order of the Court. A Bench Trial will be held on August 12, 2024 at 9:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.

      SO ORDERED.

Dated: January 29, 2024
       New York, New York                _____
                                                                  LEWIS J. LIMAN
                                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2024